| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Christina V. Miller, Esq.<br>Nevada Bar No. 12448 |
| 3 | Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| 5 | Las Vegas, NV 89117<br>(702) 475-7967; Fax: (702) 946-1345 |
| 6 | lrobbins@wrightlegal.net |
| 7 | *Attorneys for Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDA MORTGAGE LOAN TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR1,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-00621-RFB-NJK<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1 (hereinafter referred to as "Plaintiff"), by and through its attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher Alan James Swift, Esq. is no

///

///

longer an attorney associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP, will continue to represent Plaintiff and request that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 30th day of July, 2019.

                WRIGHT, FINLAY & ZAK, LLP

                */s/ Lindsay D. Robbins, Esq.*
                Lindsay D. Robbins, Esq.
                Nevada Bar No. 13474
                7785 W. Sahara Ave., Suite 200
                Las Vegas, NV 89117
                *Attorney for Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1*

      IT IS SO ORDERED.

                _____
                Nancy J. Koppe
                United States Magistrate Judge

                  July 30, 2019
                  Date