| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WRIGHT, FINLAY & ZAK, LLP<br>Matthew S. Carter, Esq.<br>Nevada Bar No. 09524<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7967; Fax: (702) 946-1345<br>lrobbins@wrightlegal.net<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDA MORTGAGE LOAN TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR1,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-00621-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1 ("Deutsche Bank"), and Specially Appearing Defendants, Fidelity National Title Insurance Company ("FNTIC") and Chicago Title Insurance Company ("Chicago"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On July 29, 2019, FNTIC filed a Motion to Dismiss [ECF No. 9];

2. On July 29, 2019, Chicago also filed a Motion to Dismiss [ECF No. 10];

3. Deutsche Bank's responses to FNTIC's and Chicago's Motions are due August 12, 2019;

4. Deutsche Bank's counsel is requesting an additional thirty (30) days to file its responses to FNTIC's and Chicago's Motions, and thus requests up to September 11, 2019, to file its Oppositions;

5. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in FNTIC's and Chicago's Motions.

6. Counsel for FNTIC and Chicago does not oppose the extensions;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 9th of August, 2019. | DATED this 9th of August, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1* | */s/ Sophia S. Lau*<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Specially Appearing Defendants Fidelity National Title Insurance Company and hicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this  12th  day of   August    , 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE