# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00621-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 24, 2019.

IT IS SO ORDERED.

Dated: September 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1