Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
CHICAGO TITLE INSURANCE COMPANY, AND TICOR
TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(2)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:19-cv-00621-CDS-NJK<br><br>**MOTION TO SUBSTITUTE SINCLAIR BRAUN LLP'S DESIGNATED ATTORNEY FOR SERVICE OF PAPERS, PROCESS, OR PLEADINGS AND TO REMOVE GARY L. COMPTON, ESQ. FROM THE COURT'S E-SERVICE LIST** |

     Attorney Kevin S. Sinclair of Sinclair Braun LLP ("Sinclair Braun"), who is counsel of record for Defendants Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Ticor Title Insurance Company, is an attorney who is admitted to practice in Nevada but who does not maintain an office in Nevada. Pursuant to Local Rule IA 11-1(b)(2)(ii), Sinclair Braun had designated attorney Gary L. Compton as the Nevada attorney maintaining an office in Nevada for service of papers, process, or pleadings. Sinclair Braun wishes to designate attorney Janet Trost, Esq., whose address is 501 S. Rancho Drive, Suite H-56, Las Vegas, NV 89106, as Sinclair Braun's designated local attorney for service of papers, process, or pleadings.

Case 2:19-cv-00621-CDS-NJK   Document 35   Filed 11/28/22   Page 2 of 2

1  Defendants Fidelity National Title Insurance Company, Chicago Title Insurance Company, and
2  Ticor Title Insurance Company respectfully move the Court for an order pursuant to Local Rules
3  IA 11-1(b) and IA 11-6 to: (1) substitute Ms. Trost for Mr. Compton Sinclair Braun's designated
4  attorney maintaining an office in Nevada for service of papers, process, or pleadings, and (2)
5  remove Mr. Compton from the Court's electronic service list in this matter.

Dated:  November 23, 2022                       SINCLAIR BRAUN LLP

                                                By:   /s/-Kevin S. Sinclair
                                                      KEVIN S. SINCLAIR
                                                      Attorneys for Defendants
                                                      FIDELITY NATIONAL TITLE INSURANCE
                                                      COMPANY, CHICAGO TITLE INSURANCE
                                                      COMPANY, AND TICOR TITLE
                                                      INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2022



2
**MOTION TO SUBSTITUTE DESIGNATED COUNSEL FOR SERVICE OF PROCESS**