WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDA MORTGAGE LOAN TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR1,<br><br>Plaintiff<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br>Defendants | Case No.: 2:19-cv-00621-CDS-NJK<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1 and Defendants, Fidelity National Title Insurance Company, Chicago Title Insurance Company and Ticor Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 11th day of October, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Dragon
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Deutsche Bank National Trust Company As Trustee For Indymac Inda Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1*

DATED this 11th day of October, 2023.

SINCLAIR BRAUN KARGHER LLP

/s/ Kevin S. Sinclair
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
15260 Ventura Blvd., Ste 715
Sherman Oaks, California 91403
*Attorneys for Defendants, Fidelity National Title Insurance Company, Chicago Title Insurance Company and Ticor Title Insurance Company*

Based on the stipulation of the parties, the complaint is dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is kindly directed to close this case.

DATED: October 12, 2023

_____
Cristina D. Silva
United States District Judge